S. S. THOMAS v. W. B. CRAIG.[1]

November 27, 1895.

Nos. 9317—(135).

**Finding Sustained.**

Evidence considered, and *held* sufficient to justify the finding of the trial court.

Appeal by defendant from an order of the municipal court of Mankato, Shissler, J., denying a motion for a new trial. Affirmed.

*W. L. Comstock*, for appellant.

*Hughes, Rice & Hughes*, for respondent.

BUCK, J. On the trial of this case in the court below the plaintiff proved a good cause of action, and the contradictory evidence introduced by the defendant was of such a character that, upon the finding by the trial court in favor of the plaintiff, it should not be disturbed, especially as there is ample evidence to sustain such finding. There is no merit in any of the questions of law raised by the appellant, and the order denying the motion for a new trial is affirmed.